UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON WATTS,<br><br>     Plaintiff,<br><br>     v.<br><br>COUNTY OF COLUSA,<br><br>     Defendant. | Case No. 24-cv-01789 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a former prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against the County of Colusa. Dkt. No. 1. The complaint seeks damages for the violation of Plaintiff's rights during criminal proceedings in the County of Colusa. *Id.* at 3-5. Because the acts complained of occurred in Colusa County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). The same is true if Plaintiff were to file a habeas petition challenging that state conviction: the traditional venue is in the district of conviction or sentencing, which is also Colusa County. *See* Habeas L.R. 2254-3(b)(1); *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v.*

1  *Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

2  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

4  The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

6  **IT IS SO ORDERED.**

7  DATED:  March 27, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2024\01789Watts_transfer(ED)