UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON WATTS, | No. 2:24-cv-00957-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF COLUSA, | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, has filed a motion to amend the complaint. ECF No. 10. Under Federal Rule of Civil Procedure 15(a)(1),

> A party may amend its pleading once as a matter of course within:
>
> (A) 21 days after serving it, or
>
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

As defendant has not yet been served in this action, plaintiff is currently entitled to amend the complaint under this rule.

////

////

////

1

1     Accordingly, the court GRANTS plaintiff's September 6, 2024 motion to amend (ECF
2 No. 10). Plaintiff shall file the amended complaint within 35 days of the date of this order.
3     SO ORDERED.

5 Dated: November 22, 2024

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE