UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON WATTS,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF COLUSA,<br><br>       Defendants. | No. 2:24-cv-00957-DAD-EFB (PC)<br><br>ORDER |

Plaintiff proceeds without counsel in this civil rights action. ECF No. 1. He has submitted an application to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

On September 6, 2024, plaintiff sought leave to file an amended complaint. ECF No. 10. The court granted the request on November 22, 2024 and directed plaintiff to file the amended complaint within 35 days. ECF No. 12. That time period has elapsed, and plaintiff has not filed an amended complaint. It is unclear whether plaintiff intends to file the amended complaint or whether he wishes to proceed on his original complaint.

/////

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED; and
2. Within 21 days of the date of this order, plaintiff shall file either (1) his amended complaint or (2) a statement of intent to proceed on his original complaint.

Dated: January 27, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE