1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    QUINTON WATTS,                        No.  2:24-cv-00957-DAD-EFB (PC)

10              Plaintiff,

11        v.                               ORDER TO SHOW CAUSE

12   COUNTY OF COLUSA,

13              Defendants.

14

15        Plaintiff proceeds without counsel in this civil rights action.  ECF No. 1.  On January 27,

16   2025, the court granted plaintiff's application to proceed in forma pauperis and directed plaintiff

17   to file, within 21 days, either an amended complaint or a statement of intent to proceed on the

18   original complaint.  ECF No. 13.  The 21-day period has elapsed, and plaintiff has not responded

19   to the order.

20        "Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an

21   action for failure to comply with any order of the court."  *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260

22   (9th Cir. 1992).  Accordingly, it is HEREBY ORDERED that, within 30 days of the date of this

23   order, plaintiff shall show cause why this action should not be dismissed for failure to comply

24   with the court's January 27, 2025 order.

25   Dated: April 28, 2025

26                                         _____
                                           EDMUND F. BRENNAN
27                                         UNITED STATES MAGISTRATE JUDGE

28

                                            1