UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON WATTS, | No. 2:24-cv-00957-DAD-EFB (PC) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| COUNTY OF COLUSA, | |
| Defendants. | |

Plaintiff proceeds without counsel in this civil rights action. ECF No. 1. Plaintiff sought leave to file an amended complaint on September 6, 2024, which the court granted. ECF Nos. 10, 12. On January 27, 2025, the court directed plaintiff to file, within 21 days, either an amended complaint or a statement of intent to proceed on the original complaint. ECF No. 13. Plaintiff did not respond to the order. Accordingly, the court issued an order that plaintiff, within 30 days, show cause why the case should not be dismissed. ECF No. 14. Plaintiff has not responded to that order, either.

"Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). Accordingly, it is HEREBY RECOMMENDED that this action be dismissed for failure to comply with the court's January 27, 2025 order.

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 18, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2