UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUINTON JOEY WATTS,

Plaintiff,

v.

COUNTY OF COLUSA,

Defendant.

No. 2:24-cv-00957-DAD-EFB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 15)

Plaintiff Quinton Watts is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2024, the magistrate judge granted plaintiff's motion to amend his complaint. (Doc. No. 12.) On January 27, 2025, the assigned magistrate judge granted plaintiff's request to proceed *in forma pauperis* and, after observing that plaintiff failed to file an amended complaint, further directed plaintiff to file either an amended complaint or a statement of intent to proceed with his original complaint within twenty-one (21) days from the date of entry of that order. (Doc. No. 13 at 2.) On April 28, 2025, after plaintiff failed to file an amended complaint or statement of intent to proceed with his original complaint, the assigned magistrate judge issued an order directing plaintiff to show cause within thirty (30) days from the date of that order why

this action should not be dismissed for failure to comply with court orders. (Doc. No. 14 at 1.) To date, plaintiff has not filed an amended complaint or otherwise communicated with the court.

Accordingly, on September 19, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure due to plaintiff's failure to comply with court orders. (Doc. No. 6.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis. This case will be dismissed for failure to comply with court orders.

Accordingly,

1. The findings and recommendations filed on September 19, 2025 (Doc. No. 15) are ADOPTED IN FULL;
2. This action is DISMISSED, without prejudice, due to plaintiff's failure to comply with court orders; and
3. The Clerk of the Court is also directed to close this case.

IT IS SO ORDERED.

Dated: **August 7, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE